```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                July 21, 2015

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY:      TS      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| ISSA WAJEEL, | ) No. ED CV 14-00443-MWF (DFM) |
|---|---|
| Petitioner, | ) |
| v. | ) Order Accepting Findings and |
| FRED FOULK, Warden, | ) Recommendation of United States Magistrate Judge |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///

1  IT IS THEREFORE ORDERED that Judgment be entered denying the
2  petition and dismissing this action with prejudice.

6  Dated: July 21, 2015

_____
Hon. MICHAEL W. FITZGERALD
United States District Judge