ENTERED
CLERK, U.S. DISTRICT COURT
July 21, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

JS-6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
July 21, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: TS DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ISSA WAJEEL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FRED FOULK, Warden,<br><br>　　　　　Respondent. | No. ED CV 14-00443-MWF (DFM)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: July 21, 2015



_____
MICHAEL W. FITZGERALD
United States District Judge